1  James Sung Pi, Calif. Bar No. 188880
   Law Office of Charles E. Binder
2  and Harry J. Binder, LLP
3  Attorneys for Plaintiff
   485 Madison Avenue, Suite 501
4  New York, NY 10022
5  (212)-677-6801
   Fax (646)-273-2196
6  Fedcourt@binderlawfirm.com

7  Attorneys for Plaintiff
8

9              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
10

11 SHARON LYNN KELLAWAY,          )  No.:  16-cv-01278-FFM
                                  )
12      Plaintiff,                )  ~~PROPOSED~~ **ORDER AWARDING**
                                  )  **ATTORNEY FEES UNDER THE**
13         v.                     )  **EQUAL ACCESS TO JUSTICE**
                                  )  **ACT, PURSUANT TO 28 U.S.C.**
14                                )  **§ 2412(d), AND COSTS, PURSUANT**
15 NANCY A. BERRYHILL,            )  **TO 28 U.S.C. § 1920**
   Acting Commissioner of Social  )
16 Security,                      )
                                  )
17      Defendant.                )
18 _____

19

20      Based upon the parties' Stipulation for the Award and Payment of Equal

21 Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

22 be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND

23 TWO HUNDRED DOLLARS ($4,200.00), and costs under 28 U.S.C. § 1920, in

24 the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of

25 the above-referenced Stipulation, to include the United States Department of the

26 Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

27 Any payment shall be delivered to Plaintiff's counsel.

28

1

2    Dated:  July 27, 2020                    _____
3                                             ~~Frederick F. Mumm~~ Patrick J. Walsh
                                              United States Magistrate Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28